UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:09-cr-123-001 |
| v. ) | |
| ) | COLLIER / LEE |
| GREGORY A. MERCER ) | |

O R D E R

This matter is before the Court upon the motion of Attorney D. Mitchell Bryant on behalf of defendant GREGORY A. MERCER seeking authorization of investigative services to assist him in preparing the defense of the above-captioned case for trial [Doc. 478].

Having reviewed and considered the motion filed in support thereof, it is **ORDERED**:

(1) Said motion is **GRANTED** [Doc. 478].

(2) Attorney Bryant may hire an investigator to assist him in this matter, with the compensation for such expenses reasonably incurred limited at this time to $2,400.00. *See* 18 U.S.C. §3006(A)(e)(3).

(3) As a reminder, before any services of the investigator are performed which would result in the *total fees for the investigator in excess of $2,400.00*, permission must be obtained by certification of the United States District Judge or United States Magistrate Judge and approval by the Chief Judge of the Sixth Circuit Court of Appeals.

ENTER.

*s/Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE